AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

**FILED**

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

FEB 1 7 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | |
|---|---|---|
| Craig Cunningham | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  16-CV-761-jdp |
| Michael Montes Jr. and TollFreeZone.com, Inc. | ) | |
| _Defendant_ | ) | |

21mc262

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   02/06/2020   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   02/10/2021

*CLERK OF COURT*

s/ Jenn Titak

_____
*Signature of Clerk or Deputy Clerk*

February 10, 2021

James M. Carter & Judith N. Keep U.S. Courthouse
Clerk's Office
333 W. Broadway   Ste 420
San Diego, CA 92101

> **Re: Cunningham V. Michael Montes Jr. and Tollfreezone.com, Inc.**
> **Case 3:16-cv-00761-jdp**

Dear Clerk,

Enclosed, please find the Form AO451, a copy of Certified Judgment, together with money orders in the total sum of $49.00.

I request that the judgement be registered in your district and that a file stamp dated copy of the documents be returned to me by clerk in the enclosed self-addressed, stamped envelope. Thank you very much.

Sincerely,

Maricel Forteza
Judgment Holder
3000 Custer Rd Ste 270-206
Plano, TX 75075
469-212-3582

1