```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS127707
Cashier ID: akukura
Transaction Date: 02/17/2021
Payer Name: Cunningham V Michael Montes Jr
------------------------------------
MISCELLANEOUS PAPERS
 For: Cunningham V Michael Montes Jr
 Case/Party: D-CAS-3-16-CV-000761-001
 Amount:         $49.00
------------------------------------
CHECK
 Check/Money Order Num: 19-169043590
 Amt Tendered:   $2.00
CHECK
 Check/Money Order Num: 19-169043377
 Amt Tendered:   $47.00
------------------------------------
Total Due:       $49.00
Total Tendered:  $49.00
Change Amt:      $0.00

There will be a fee of $53.00
charged for any returned check.
```